UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
OCT 10 2006
U.S. MAGISTRATE JUDGE
N.D. GEORGIA

DIVISION Atlanta
(USAO 2006R01095)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Dekalb

DISTRICT COURT NO. 1 06-CR-422

MAGISTRATE CASE NO. _____

_X_ Indictment  ___ Information  ___ Magistrate's Complaint

DATE: October 10, 2006  DATE:  DATE:

| UNITED STATES OF AMERICA vs. **REGGIE ANDREWS, JR.** | SUPERSEDING |
|---|---|
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:  TOTAL COUNTS:
(as to deft)  (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony  ___ Misdemeanor

DEFENDANT:

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding ___ Yes ___ No
Date: _____  Issued by: _____

IS IN CUSTODY:

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal  ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes  ___ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
|---|---|
| | JUDGE: _____ |
| | A.U.S.A.: Jane W. Swift |
| | DEFT'S ATTY: _____ |

cc:  Orig - Court file
     Copy - U.S. ATTORNEY
     Copy - Defense Attorney

DAVID E. NAHMIAS
UNITED STATES ATTORNEY
BY: Jane W. Swift
Assistant United States Attorney

DATE: October 10, 2006